**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: HELICOPTER CRASH NEAR WEAVERVILLE,
CALIFORNIA, ON AUGUST 5, 2008

(SEE ATTACHED SCHEDULE)

```
┌─────────────────────────────────┐
│            FILED                │
│                                 │
│        Nov 17, 2010             │
│   CLERK, U.S. DISTRICT COURT    │
│ EASTERN DISTRICT OF CALIFORNIA  │
└─────────────────────────────────┘
```

**CONDITIONAL TRANSFER ORDER (CTO–2)**

On June 18, 2009, the Panel transferred 3 civil actions to the United States District Court for the District of Oregon for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 626 F.Supp.2d 1355 (J.P.M.L. 2009). Since that time, 1 additional actions have been transferred to the District of Oregon. With the consent of that court, all such actions have been assigned to the Honorable Michael W Mosman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Oregon and assigned to Judge Mosman.

Pursuant to Rule 7.4. of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435–36 (2001), the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Oregon for the reasons stated in the order of June 18, 2009, and, with the consent of that court, assigned to the Honorable Michael W Mosman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Oregon. The Transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

```
┌──────────────────────────────────┐
│ Inasmuch as no objection is      │
│ pending at this time, the        │
│ stay is lifted.                  │
│  ┌────────────────────────────┐  │
│  │      Oct 22, 2010          │  │
│  └────────────────────────────┘  │
│       CLERK'S OFFICE             │
│        UNITED STATES             │
│      JUDICIAL PANEL ON           │
│    MULTIDISTRICT LITIGATION      │
└──────────────────────────────────┘
```

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: HELICOPTER CRASH NEAR WEAVERVILLE,**    MDL No. 2053
**CALIFORNIA, ON AUGUST 5, 2008**

## SCHEDULE CTO–2 – TAG–ALONG ACTIONS

**DIST**  **DIV.**  **C.A.NO.**  **CASE CAPTION**

CALIFORNIA EASTERN

CAE  2  10–02061  Diane Ramage, et al. v. Hamilton Sundstrand Corp.